

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-108-CV

NORMAN DOYLE HANLEY                                        APPELLANT

V.

REBECCA LEE HANLEY                                          APPELLEE

----------

### FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  CAYCE, C.J.; DAUPHINOT and MEIER, JJ.

DELIVERED:  July 2, 2009

---

[1] *See* Tex. R. App. P. 47.4.